**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NORAH FLAHERTY, individually and on behalf of all other similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| FABLETICS, LLC, | ) ) ) |
| Defendant. | ) ) ) |

Civil Action No. 1:26-cv-3859

**NOTICE OF SETTLEMENT**

Defendant Fabletics, LLC ("Fabletics"), hereby informs the Court that Fabletics and Plaintiff Norah Flaherty's ("Plaintiff") (collectively, "the Parties") have reached a settlement in principle to resolve Plaintiff's claim. The Parties are currently in the process of finalizing and effectuating the terms of the settlement and release and intend to file a stipulation of dismissal with prejudice as to Plaintiff's claims within the next 45 days. (The proposed class claims, which are the subject of another pending proposed class action in the Central District of California, will be dismissed without prejudice.) As such, Fabletics respectfully requests that the Court adjourn all deadlines, and allow the Parties forty-five (45) days to finalize settlement. All Parties are in agreement with this notice.

Respectfully submitted, this the 30th day of June 2026.

1

**Fabletics, LLC**

By: ___/s/ *Nicholas D. O'Conner*
       *One of its Attorneys*

Julia C. Webb
Nicholas D. O'Conner
TROUTMAN PEPPER LOCKE LLP
111 S. Wacker Dr.
Suite 4100
Chicago, IL 60606
(312) 443-0404 (JCW)
(312) 443-0494 (NDO)
(312) 443-0336 (facsimile)
julie.webb@troutman.com
nicholas.oconner@troutman.com

Seth E. Pierce
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, California 90067
(310) 312-3221
sep@msk.com

*Attorneys for Defendant Fabletics, LLC*

2